UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMARA SANKOFA, et al.,

    Plaintiffs,

v.

MATTHEW ROSE, et al.,

    Defendants.

Case No. 4:21-cv-11468
Hon. Matthew F. Leitman

---

| | |
|---|---|
| Mark P. Fancher (P56223) <br> Daniel S. Korobkin (P72842) <br> American Civil Liberties Union <br> Fund of Michigan <br> 2966 Woodward Ave. <br> Detroit, MI 48201 <br> (313) 578-6822 <br> Attorneys for Plaintiffs <br><br> Nakisha N. Chaney (P65066) <br> Cooperating Attorney <br> Salvatore Prescott Porter & <br> Porter, PLLC <br> Attorneys for Plaintiffs <br> 105 E. Main Street <br> Northville, MI 48167 <br> (248) 679-8711 <br> chaney@spplaw.com | Kyla L. Barranco (P81082) <br> Mary A. Waddell (P70545) <br> Assistant Attorneys General <br> Attorneys for Defendants <br> Michigan Dep't of Attorney General <br> State Operations Division <br> P.O. Box 30754 <br> Lansing, MI 48909 <br> (517) 335-7573 <br> barrancok@michigan.gov <br> waddellm1@michigan.gov |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**STIPULATION**

The Parties to the above-captioned matter hereby stipulate as follows:

1. The Parties stipulate that they have agreed to terms for resolution of this matter, and the case will be fully and finally resolved by their settlement agreement.

2. The Parties agree that this matter may be dismissed with prejudice and without costs to any Party except as provided in the settlement agreement.

3. The Parties further stipulate and agree to having the Court retain jurisdiction over the terms of their settlement agreement.

The Parties agree to the entry of an Order consistent with this Stipulation.

| | |
|---|---|
| /s/ Mark P. Fancher | /s/ Kyla L. Barranco (signed with permission) |
| Mark P. Fancher (P56223) | Kyla L. Barranco (P70545) |
| Attorney for Plaintiffs | Attorney for Defendants |

Dated: October 5, 2022

## ORDER

This matter is before the Court upon the Stipulation of the parties for entry of an Order of Dismissal with Prejudice, and the Court being fully advised in the premises that the Parties stipulate that Civil No. 4:21-cv-11468 be dismissed with prejudice and that the Court retain jurisdiction over the terms of their settlement agreement.

**IT IS HEREBY ORDERED** that the above-entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party, except as provided in the settlement agreement; and the Court shall retain jurisdiction over the terms of the Parties' settlement agreement.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 5, 2022